# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CURTIS-SHAYNE ROBERTS | § |
| | §  Civil Action No. 4:19-CV-114 |
| v. | §  Civil Action No. 4:19-CV-137 |
| | § (Judge Mazzant/Judge Nowak) |
| PAUL JOHNSON | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2019, the report of the Magistrate Judge (Dkt. #27) was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss (Dkt. #24) be granted and each of Plaintiff's suits, 4:19-CV-114-ALM-CAN and 4:19-CV-137-ALM-CAN, be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss (Dkt. #24) is **GRANTED** and each of Plaintiff's claims in the consolidated cases are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** these civil actions.

**IT IS SO ORDERED**.
**SIGNED this 4th day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE